The People of the State of New York ex rel. Edward J. Donnelly, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings confirmed, with fifty dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. John F. Ryan, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings confirmed, with fifty dollars costs and disbursements. No opinion.

Henry M. V. Connelly, as Trustee, Respondent, v. Joseph Troxell and Others, Appellants, Impleaded with William Z. Blake.— Judgment and order affirmed, with costs. No opinion. Scott, J., dissenting.

Lehigh Valley National Bank, Respondent, v. Percy N. Furber, Appellant.— Judgment and orders affirmed, with costs. No opinion.

Thirty-five Per Cent Automobile Supply Company, Respondent, v. Hartford Suspension Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Franklin Overheiser, Appellant, v. Mary E. Lackey, Individually and as Administratrix with the Last Will and Testament of Eliza Jane Marsh, Deceased, Annexed, Respondent, Impleaded with Franklin Overheiser, as Administrator de Bonis Non of Hester Marsh, Deceased, and Mary Jane Overheiser, Defendants.—Judgment affirmed, with costs. No opinion.

Charles Flaum, Respondent, v. Kaiser Brothers Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

In the Matter of the Application of William Winters, Appellant, for a Writ of Mandamus against William A. Prendergast, as Comptroller of the City of New York. George McAneny, as President of the Borough of Manhattan, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James McGuiness, Appellant, v. George McAneny, President of the Borough of Manhattan, City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edwin M. Post and Grove E. Warner, Respondents, v. Edward R. Thomas and Orlando F. Thomas, Appellants, Impleaded with Charles A. Hamilton (2 cases).—In each case order affirmed, with ten dollars costs and disbursements. No opinion.